**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DEVAN D. WIGGINS                                                                           PLAINTIFF
ADC #156573

V.                                            NO: 5:15CV00221 JM

WENDY KELLY, *et al*                                                                      DEFENDANTS

<u>**ORDER**</u>

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Jerry W. Cavaneau.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

      IT IS THEREFORE ORDERED THAT:

      1.      Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim

upon which relief may be granted.

      2.      This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

      3.      The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

      4.      All pending motions are DENIED AS MOOT.

      DATED this <u>18th</u> day of August, 2015.

                                  _____
                                    UNITED STATES DISTRICT JUDGE